Judgment affirmed, without costs (Davis Yarn Co. v. Brooklyn Yarn Dye Co., 293 N. Y. 236 [1944]; Golde v. Whipple & Co., 7 App. Div. 48 [1st Dept., 1896]; Page v. Sun Ins. Off., 74 F. 203 [8th Cir., 1896]; American Lumbermens Mut. Cas. Co. v. Lumber Mut. Cas. Ins. Co., 251 App. Div. 231 [1st Dept., 1937]; 169 A. L. R. 401 et seq.). No opinion.
Concur: Chief Judge Desmond and Judges Furo, Van Voorhis, Burke, Scilepri, Bergan and Keating.